IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

TOMMY RADFORD                                                                           PLAINTIFF

VS.                                        Civil No. 07-CV-1033

PAUL LUCAS, Sheriff, Ouachita
County; JOE STRICKLAND,
Chief Deputy, Ouachita County
Sheriff's Office; and CAPTAIN
DAVID NORWOOD, Ouachita
County Sheriff's Office                                                                 DEFENDANTS

## ORDER

Now on this 9th day of July, 2007, comes on for consideration the proposed findings and recommendations filed herein on May 30, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Radford's claims should be and are hereby dismissed without prejudice and his IFP application is denied. Should the plaintiff wish to proceed with this case, he should file a motion to re-open with the Clerk of Court and submit the statutory filing fee of $350.00. Upon receipt of the motion to re-open and full payment of the statutory filing fee, the case will be re-opened.

IT IS SO ORDERED.

                                          */s/ Harry F. Barnes*
                                          **HARRY F. BARNES**
                                          **U.S. DISTRICT JUDGE**